# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LAWRENCE W. POINDEXTER   Case Number: 07-71465
521 BARBARY LANE   SSN-xxx-xx-0930
WOODSTOCK, IL  60098

Case filed on: 6/19/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | LAWRENCE W. POINDEXTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE | 18,000.00 | 18,000.00 | 0.00 | 0.00 |
|  | Total Secured | 18,000.00 | 18,000.00 | 0.00 | 0.00 |
| 001 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN COLLECTION CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERILOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AUTOMATED ACCOUNT MGMT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH NET USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA HEALTH SYSTEM | 2,853.88 | 2,853.88 | 0.00 | 0.00 |
| 010 | CENTEGRA MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITY OF WOODSTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COLLECTION CONNECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 462.03 | 462.03 | 0.00 | 0.00 |
| 015 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GMAC | 1,291.44 | 1,291.44 | 0.00 | 0.00 |
| 019 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HARVARD COLLECTION SERIVCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HELLER & FRASIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HSBC BANK OF NEVADA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | IMAGINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KEY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MED HEALTH FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OXFORD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,607.35 | 4,607.35 | 0.00 | 0.00 |
|  | Grand Total: | 22,607.35 | 22,607.35 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2007                By  /s/Heather Fagan